(No. 6371— )

RAYMON A. OBERLANDER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCIAL INSTITUTIONS, Respondent.

*Opinion filed May 9, 1972.*

RAYMON A. OBERLANDER, Attorney, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6418— )

CONTINENTAL OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed May 9, 1972.*

CONTINENTAL OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.